UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YERVAND MELKONYAN,<br>Petitioner,<br>v.<br>TODD BLANCHE et al,<br>Respondent. | Case No. 5:26-cv-04480-JFW-MAR<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that judgment be entered **GRANTING** the Petition and **ORDERING** Respondents to immediately release Petitioner **Yervand Melkonyan (A-Number 249-380-909)** from custody subject only to the conditions of his parole that were in effect on July 5, 2026; immediately return all of Petitioner's belongings, including his identification documents, work authorization documents, and any other documents or belongings seized during his re-detention; and not re-detain Petitioner, or subject him to electronic monitoring, home confinement, or curfew, without notice of the reasons for revocation of his release and a pre-deprivation hearing before a neutral immigration judge to determine

whether the restraint sought is warranted. At such a hearing, the government shall bear the burden of establishing, by clear and convincing evidence, that either (a) Petitioners poses a danger to the community or a risk of flight such that the restraint sought is required, or (b) on account of changed circumstances, there is a significant likelihood that Petitioner may be removed in the reasonably foreseeable future

Respondents shall file a Notice of Compliance within forty-eight hours.

Dated: August 26, 2026

JOHN F. WALTER
United States District Judge