JS6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YERVAND MELKONYAN, Petitioner, v. TODD BLANCHE et al, Respondent. | Case No. 5:26-cv-04480-JFW-MAR<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED**. Respondents are **ORDERED** to immediately release Petitioner **Yervand Melkonyan (A-Number 249-380-909)** from custody subject only to the conditions of his parole that were in effect on July 5, 2026; immediately return all of Petitioner's belongings, including his identification documents, work authorization documents, and any other documents or belongings seized during his re-detention; and not re-detain Petitioner, or subject him to electronic monitoring, home confinement, or curfew, without notice of the reasons for revocation of his release and a pre-deprivation hearing before a neutral immigration judge to determine whether the restraint sought is warranted. At such a hearing, the government shall bear the burden of establishing, by clear and convincing evidence, that either (a) Petitioners poses a danger to the community or a risk of flight such that the restraint

sought is required, or (b) on account of changed circumstances, there is a significant likelihood that Petitioner may be removed in the reasonably foreseeable future

Respondents shall file a Notice of Compliance within forty-eight hours.

Dated: August 26, 2026

JOHN F. WALTER
United States District Judge